```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  CHINHAYI J. COLEMAN (CSBN 194542)
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102-3495
       Telephone: (415) 436-7073
 6     FAX: (415) 436-6748

 7  Attorneys for Defendant MICHAEL LEAVITT, Administrator, U.S. Environmental Protection
    Agency
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROSEANNE SAKAMOTO, | ) | No. C 03-5499 SI |
| Plaintiff, | ) | STIPULATION RE FURTHER CASE MANAGEMENT CONFERENCE DATE; [PROPOSED] ORDER |
| v. | ) | |
| MICHAEL LEAVITT, Administrator, U.S. Environmental Protection Agency | ) | |
| Defendant | ) | |

STIPULATION RE FURTHER CMC DATE; [PROPOSED] ORDER
C 03-5499 SI

A Further Case Management Conference has been set for September 9, 2005, which conflicts with defense counsel's previously scheduled vacation. Consequently, the parties stipulate that the September 9, 2005 Further Case Management Conference should be continued to September 23, 2005.

Dated: August __, 2005

MINAMI LEW & TAMAKI, LLP

JACK W. LEE
Attorney for Plaintiff Roseanne Sakamoto

Dated: August __, 2005

KEVIN V. RYAN
United States Attorney

CHINHAYI J. COLEMAN
Assistant United States Attorney

### [PROPOSED] ORDER

Pursuant to the above stipulation, it is ordered that the Further Case Management Conference, which was previously scheduled for September 9, 2005, at 2:30 p.m., is continued to September 23, 2005, at 2:30 p.m.

Dated: _____



SUSAN ILLSTON
United States District Judge

GRANTED
Judge Susan Illston

STIPULATION RE FURTHER CMC DATE; [PROPOSED] ORDER
C 03-5499 SI