```
1  Jack W. Lee, Esq., SBN 071626
   Ai Mori, Esq., SBN 208618
2  MINAMI, LEW & TAMAKI, LLP
   360 Post Street, 8th Floor
3  San Francisco, CA 94108
   Phone (415) 788-9000
4  Fax  (415) 398-3887

5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| ROSEANNE SAKAMOTO, | CIVIL ACTION NO. C 03-5499 SI |
| Plaintiff, | STIPULATION RE EXTENSION OF DEADLINE TO FILE DISCOVERY BRIEFS AND [PROPOSED] ORDER |
| vs. | |
| MICHAEL LEAVITT, Administrator, U.S. Environmental Protection Agency | |
| Defendants. | |

1  The parties are in the process of discussing their discovery issues and require an
2  additional week to determine whether court intervention is necessary. Therefore, they stipulate
3  that the current deadline of October 31, 2005, for the filing of any discovery briefs, should be
4  extended to November 7, 2005. The parties also stipulate that in the event either party files a
5  discovery brief, the other party shall have one week after the filing of the brief to file a response.

7  Dated: October 31, 2005                MINAMI, LEW & TAMAKI LLP

                                          By: Ai Mori, Attorneys for Plaintiff

11 Dated: October 31, 2005                KEVIN RYAN
                                          United States Attorney

                                          By: Chinhayi Coleman
                                          Assistant United States Attorney

16                         **[PROPOSED] ORDER**

17  Pursuant to the above stipulation, it is ordered that the deadline to submit letter briefs
18  regarding discovery, which was previously set for October 31, 2005, shall be extended to
19  November 7, 2005. Any response to such letter brief shall be filed within seven (7) days of the
20  filing of the brief.

22  Dated: _____

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28  Stipulation and [Proposed] Order
    03-5499 SI