IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE SAKAMOTO,<br><br>            Plaintiff,<br><br>   v.<br><br>STEPHEN JOHNSON, Administrator, U.S. Environmental Protection Agency,<br><br>            Defendant.<br>_____/ | No. C 03-5499 SI<br><br>**ORDER COMPELLING DISCLOSURE OF FORMER EMPLOYEES' CONTACT INFORMATION** |

Plaintiff has filed a motion to compel the appearance at trial of two former EPA employees, Leticia Fish and Nora McGee. (Docket No. 403). Plaintiff is unable to serve a subpoena directly on these individuals because she does not know their addresses. The Court hereby ORDERS defendant forthwith to provide plaintiff with the last known addresses and telephone numbers of Ms. Fish and Ms. McGee, in order that they may be subpoenaed to trial. Such information shall be provided to plaintiff **no later than February 19, 2007.**

**IT IS SO ORDERED.**

Dated: February 15, 2007

SUSAN ILLSTON
United States District Judge