IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSEANNE SAKAMOTO,                                    No. C 03-5499 SI

       Plaintiff,                                                **SPECIAL VERDICT**

  v.

STEPHEN JOHNSON and U.S.
ENVIRONMENTAL PROTECTION AGENCY,

       Defendants.
                                                  /

    We, the jury in the above entitled case, unanimously find as follows on the Special Verdict presented to us:

**Claim for Disparate Discriminatory Treatment:**

**Question No. 1**: Did plaintiff Roseanne Sakamoto prove by a preponderance of the evidence all of the elements necessary to prove her claim for disparate discriminatory treatment by defendant EPA, as that has been defined for you in the instructions?

        Yes  _____          No.  _____


**Claim for Retaliation**

**Question No. 2**: Did plaintiff, Roseanne Sakamoto prove by a preponderance of the evidence all of the elements necessary to prove her claim for retaliation by defendant EPA because she engaged in protected activities, as that has been defined for you in the instructions?

        Yes  _____          No.  _____

If your answer to both questions above was "No," do not answer any further questions; go to the end of this form, have your foreperson sign and date it, and return it to the Court. If your answer to either question above was "Yes," please answer the next questions.

**Question No. 3:** Did plaintiff Roseanne Sakamoto prove, by a preponderance of the evidence, that she suffered damages caused by the disparate discriminatory treatment or retaliation which you have found?

   Yes  _____     No. _____

If your answer to Question No. 3 was "No," do not answer the next question; instead please go to the end of this form, have your foreperson sign and date it, and return it to the Court. If your answer to Question No. 3 was "Yes," please answer the next question

**Question No. 4:** What amount of damages, if any, did plaintiff Roseanne Sakamoto prove, by a preponderance of the evidence, that she suffered because of the disparate discriminatory treatment or retaliation which you have found? (You may not consider lost earnings or future lost earnings, sometimes called back pay or front pay. The award of back pay or front pay, should you find the EPA liable, will be decided and calculated by the Court.)

  $ _____

Dated:

             _____
                FOREPERSON