IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSEANNE SAKAMOTO,

        Plaintiff,

  v.

STEPHEN JOHNSON and U.S. ENVIRONMENTAL PROTECTION AGENCY,

        Defendants.

                                        /

No. C 03-5499 SI

**ORDER RE PLAINTIFF'S MOTION TO ENLARGE TIME**

Plaintiff has requested additional time to put evidence before the jury, since she has virtually exhausted her time prior to the completion of trial.

The jury has already been informed that the evidence will conclude on Monday, March 12, 2007. Defendants have represented that they will be able to complete their evidence (a series of brief witnesses) and present closing arguments that day. The Court intends to adhere to those guidelines. However, in order to avoid any unfairness to plaintiff, she will be allowed 5 minutes of cross-examination time for each witness called by defendants. Further, she will be allowed 5 minutes (approximately) to read from the deposition of Ms. Yoshii, as agreed in open court on March 8, 2007.

**IT IS SO ORDERED.**

Dated: March 9, 2007

                                                          SUSAN ILLSTON
                                                          United States District Judge