IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE SAKAMOTO,<br><br>        Plaintiff,<br>  v.<br><br>STEPHEN JOHNSON, Administrator, U.S. Environmental Protection Agency,<br><br>        Defendant.<br>                                                                     / | No. C 03-5499 SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AMENDMENT OF JUDGMENT ON RETALIATION AND DISCRIMINATION; DENYING AS MOOT DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW** |

The Court has received plaintiff's "motion for amendment of judgment on retaliation and discrimination."[1] Plaintiff seeks to "reopen" the jury's verdict against her on the retaliation claims. Specifically, plaintiff requests that the Court recall the jury to question them about their verdict because she contends the verdict form was confusing. Plaintiff also wishes to put on additional evidence in support of her claims.

The Court DENIES plaintiff's motion. The Court finds that the special verdict form and jury instructions properly instructed the jury regarding plaintiff's retaliation claim. The Court also notes that plaintiff did not object to the verdict form or the jury instructions. Plaintiff's request to reopen the trial to put on additional evidence is frivolous.

In light of the jury's verdict in favor of defendant, defendant's motion for judgment as a matter of law (Docket No. 456) and any pending in-trial motions are DENIED as moot.

**IT IS SO ORDERED.**

Dated: March 15, 2007

SUSAN ILLSTON
United States District Judge

---

[1] Plaintiff faxed the motion to chambers. If she has not already done so, plaintiff is directed to file a copy of the motion with the Clerk.