IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSEANNE SAKAMOTO,                          No. C 03-5499 SI

        Plaintiff,                          **JUDGMENT**

  v.

STEPHEN JOHNSON, Administrator, U.S.
Environmental Protection Agency,

        Defendant.
_____/

      This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge, presiding. The issues concerning Title VII were tried before the jury and its special verdict in favor of defendant and against plaintiff was rendered on March 14, 2007. The issues concerning the Equal Pay Act were decided by the Court after return of the jury's verdict and, on March 15, 2007, were decided in favor of defendant and against plaintiff.

      Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 15, 2007

                                                          SUSAN ILLSTON
                                                          United States District Judge