1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ROSEANNE SAKAMOTO,                          No. C 03-5499 SI

9              Plaintiff,                        **ORDER DENYING PLAINTIFF'S
                                                 MOTION FOR NEW TRIAL ON
10     v.                                        RETALIATION**

11  STEPHEN JOHNSON, Administrator, U.S.
    Environmental Protection Agency,
12

            Defendant.
13                                         /

14

15          On March 19, 2007, plaintiff filed a motion for a new trial on her retaliation claim.  (Docket

    No. 473).  Plaintiff again contends that the special verdict form was confusing,[1] and also that the
16
    jury's verdict was against the weight of evidence regarding plaintiff's claim that Fong retaliated
17
    against her by excessively scrutinizing her work.
18
            As the Court stated in its March 15, 2007 order, the Court finds that the special verdict form
19
    and jury instructions properly instructed the jury regarding plaintiff's retaliation claim.  The Court
20
    also notes that plaintiff did not object to the verdict form or the jury instructions.  The Court also
21
    finds that the jury's verdict was not contrary to the clear weight of the evidence because defendant
22
    put on credible evidence of non-retaliatory reasons for scrutinizing plaintiff's work.
23
            **IT IS SO ORDERED.**
24
    Dated: April 3, 2007
25
                                                 SUSAN ILLSTON
                                                 United States District Judge
26

27

28          [1]  Plaintiff raised this same contention in her unsuccessful motion to amend the judgment.  The
    Court denied that motion by order filed March 15, 2007.

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28